IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02510-WYD-MEH

CLEAR SKIES NEVADA, LLC, a Nevada Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 2-16,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe Number 1 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 15) and Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe Number 12 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 16) , it is

ORDERED that Defendants John Doe 1 and 12 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  March 14, 2016

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge