IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02510-WYD-MEH

CLEAR SKIES NEVADA, LLC, a Nevada Limited Liability Company,

  Plaintiff,

v.

JOHN DOES 3, 5-7, 9-11, 13-14,

  Defendants.

---

## ORDER

---

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 2, John Doe 8, and John Doe 15 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 21); Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe Number 16 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 11); and Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe Number 4 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 12), it is

ORDERED that Defendants John Doe 2, 8, and 15 are **DISMISSED WITHOUT PREJUDICE**.  Defendants John Doe 4 and 16 are **DISMISSED WITH PREJUDICE.** These Defendants shall hereafter be taken off the caption.

Dated:  April 7, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge