IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02510-WYD-MEH

CLEAR SKIES NEVADA, LLC, a Nevada Limited Liability Company,

  Plaintiff,

v.

JOHN DOES 2-11, 13-16,

  Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 2, John Doe 8, and John Doe 15 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed April 7, 2016 (ECF No. 21), it is

ORDERED that Defendants John Doe 2, 8, and 15 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  April 7, 2016

  BY THE COURT:

  s/ Wiley Y. Daniel
  Wiley Y. Daniel
  Senior United States District Judge